IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Howard, Linda | Case Number: 05 B 23384 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 6/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 23, 2009
Confirmed:  August 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,625.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,975.67 |
| Priority: | | 0.00 |
| Administrative: | | 1,794.00 |
| Trustee Fee: | | 555.89 |
| Other Funds: | | 299.44 |
| Totals: | 10,625.00 | 10,625.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 1,794.00 | 1,794.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Unsecured | 712.30 | 712.30 |
| 5. | Arnold S Morof & Assoc | Unsecured | 38.56 | 38.56 |
| 6. | Specialized Management Consultants | Unsecured | 108.69 | 108.69 |
| 7. | Resurgent Capital Services | Unsecured | 2,954.24 | 2,954.24 |
| 8. | Sallie Mae | Unsecured | 1,166.32 | 1,166.32 |
| 9. | ECast Settlement Corp | Unsecured | 439.86 | 439.86 |
| 10. | Portfolio Recovery Associates | Unsecured | 576.61 | 576.61 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 154.80 | 154.80 |
| 12. | Discover Financial Services | Unsecured | 824.31 | 824.31 |
| 13. | Wells Fargo Fin Acceptance | Unsecured | 428.40 | 428.40 |
| 14. | Resurgent Capital Services | Unsecured | 571.58 | 571.58 |
| 15. | Check N Go | Unsecured | | No Claim Filed |
| 16. | Home Depot | Unsecured | | No Claim Filed |
| 17. | Lowe's | Unsecured | | No Claim Filed |
| 18. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 19. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 20. | Pay Day Loans | Unsecured | | No Claim Filed |
| 21. | Home Depot | Unsecured | | No Claim Filed |
| | | | $ 9,769.67 | $ 9,769.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Howard, Linda

Printed: 02/24/09

Case Number:  05 B 23384
Judge:  Goldgar, A. Benjamin
Filed:  6/13/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 11.60 |
| 5.5% | 65.47 |
| 5% | 108.21 |
| 4.8% | 71.90 |
| 5.4% | 159.16 |
| 6.5% | 100.06 |
| 6.6% | 39.49 |
|  | $ 555.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

